**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-32231<br><br>(Jointly Administered)<br><br>Adv. Proc. No. 24-03007-jal |
| INSIGHT TERMINAL SOLUTIONS, LLC, as the Reorganized Debtor,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | Judge Joan A. Lloyd<br><br>JURY TRIAL DEMANDED |

**DEFENDANT CITY OF OAKLAND'S DESIGNATION OF THE RECORD TO BE TRANSMITTED WITH RESPECT TO MOTION TO WITHDRAW THE REFERENCE**

Pursuant to the practice of the Bankruptcy Court for the Western District of Kentucky, Defendant the City of Oakland (the "City"), by and through counsel, in the above-captioned proceeding, hereby designates the following items on the electronic docket in the above-captioned proceeding that that are cited for the United States District Court for the Western District of Kentucky (District Court)'s consideration of City's *Motion To Withdraw The Reference And Transfer Venue* [Docket No. 57]:

**ADVERSARY PROCEEDING CASE - CASE NO 24-03007-JAL**

| Docket No. | Pleading Description | Date |
|---|---|---|
| 1 | Complaint | 03.11.2024 |
| 25 | Defendant City of Oakland's Motion to Dismiss Pursuant to Federal Rules of Procedure 12(b)(1) and 12(b)(6) | 05.01.2024 |

| Docket No. | Pleading Description | Date |
|---|---|---|
| 25-1 | Memorandum of Law in Support of Defendant City of Oakland's Motion to Dismiss | 05.01.2024 |
| 25-2 | Proposed Order Granting Motion | 05.01.2024 |
| 40 | Order for Plaintiff ITS to File a Response to Defendants Motion to Dismiss and Confirming Preliminary Hearing | 06.04.2024 |
| 42 | Plaintiff ITS's Objection to Defendant City of Oakland's Motion to Dismiss | 07.09.2024 |
| 43 | Order for Reply and Surreply to Motion to Dismiss Adversary Proceeding | 07.11.2024 |
| 46 | Transcript of preliminary hearing held 07.11.24 | 07.16.2024 |
| 47 | Defendant City of Oakland's Reply Memorandum of Law in Support of Motion to Dismiss Pursuant to Rules 12(B)(1) And 12(B)(6) | 08.09.2024 |
| 47-1 | Ex. A to Defendant City of Oakland's Reply Memorandum | |
| 48 | Plaintiff's Sur-Reply to Reply to Objection to Defendant City of Oakland's Motion to Dismiss | 08.16.2024 |
| 49 | Order to Allow Oral Arguments re DN 25 Motion to Dismiss Adversary Proceeding | 09.17.2024 |
| | | |
| 52 | Order to Submit Updated Proposed Resulting Orders | 10.16.2024 |
| 54 | Defendant City of Oakland's Proposed Memorandum Opinion Granting Motion to Dismiss | 11.06.2024 |
| 55 | Plaintiff and Debtor ITS's Proposed Memorandum Opinion Denying Motion to Dismiss | 11.06.2024 |
| 56 | Memorandum and Order Denying Motion to Dismiss Adversary Proceeding | 11.21.2024 |
| 57-1 | Declaration of Oakland City Attorney in Support of Motion | 11.27.24 |
| 57-2 | Proposed Order Granting Motion | 11.27.24 |
| 57 | Docket Minute Order re: briefing schedule on City Motion to Withdraw the Reference and Transfer Venue | 11.27.24 |
| 57 | Docket Entry re: briefing schedule on City Motion to Withdraw the Reference and Transfer Venue | 11.27.24 |
| 58 | Defendant City of Oakland's Motion for Stay of Adversary Proceeding Pending Resolution of Motion to Withdraw the Reference and Transfer Venue | 11.27.2024 |

| Docket No. | Pleading Description | Date |
|---|---|---|
| 58-1 | Proposed Order Granting Motion | 11.27.24 |
| 59 | Notice of Telephonic Hearing regarding DN 58 Motion Re: Stay of Adversary Proceeding Pending Resolution of Motion To Withdraw the Reference and Transfer Venue | 12.02.2024 |
| 61 | Plaintiff ITS's Objection to Defendant's Motion for Stay of Adversary Proceeding Pending Resolution of Motion to Withdraw the Reference and Transfer Venue | 12.06.2024 |
| 62 | Agreed Motion to Extend the Response And Reply Deadlines for the Motion to Withdraw the Reference | 12.11.2024 |
| 63 | Order Granting Agreed Motion to Extend the Response and Reply Deadlines for the Motion to Withdraw the Reference | 12.12.2024 |
| 64 | Answer Of Defendant City of Oakland to Complaint Demanding Jury Trial | 12.19.2024 |
| 65 | Plaintiff ITS's Objection to Defendant's Motion to Withdraw the Reference and Transfer Venue | 12.23.2024 |
| 72 | Defendant City of Oakland's Reply in Support of Motion to Withdraw the Reference and Transfer Venue | 01.09.25 |

## MAIN CASE – CASE NO. 19-32231-JAL

For the Court's convenience we have also included the following list of documents from the main bankruptcy docket cited by the parties in the briefing with respect to the Motion to Withdraw the Reference and Transfer.

| Docket No. | Pleading Description | Date |
|---|---|---|
| 1 | Chapter 11 Voluntary Petition | 07.17.2019 |
| 13 | Autumn Wind Lending LLC's Motion to Dismiss Case | 07.25.2019 |
| 105-1 | Amended Schedules B, Statement of Financial Affairs and Disclosure of Compensation of Attorney and Certificate of Service | 10.04.2019 |
| 217 | Chapter 11 Plan | 05.26.2020 |
| 245 | Amended Disclosure Statement re: Chapter 11 Plan filed by Creditor Autumn Wind Lending, LLC | 06.15.2020 |
| 245-1 | Exhibit A - Chapter 11 Plan of Reorganization | 06.15.2020 |

| Docket No. | Pleading Description | Date |
|---|---|---|
| 265 | Notice of Filing Plan Supplement | 07.27.2020 |
| 276 | The City of Oakland's Objections to Competing Chapter 11 Plans of Reorganization and Assumption of Sub-Ground Lease | 08.04.2020 |
| 304 | Motion for Relief from Stay regarding Army Gateway Redevelopment Sublease for West Gateway dated as of September 24, 2018, between Oakland Bulk and Oversized Terminal, LLC, as Sublandlord, and Debtor Insight Terminal Solutions (ITS), as Subtenant | 08.28.2020 |
| 336 | Pre Trial Compliance: Notice of Filing of OBOT Exhibits | 09.15.2020 |
| 378 | Order from Hearing on November 3, 2020 | 11.03.2020 |
| 379 | Findings of Facts, Conclusions of Law and Order Confirming Autumn Wind Lending's Chapter 11 Plan | 11.03.2020 |
| 444 | Motion to Withdraw as Attorney, Filed by Creditors Cecelia Financial Management, Halas Energy, LLC, Oasis Aviation LLC, Interested Party John J. Siegel Jr. | 08.09.2022 |
| 508 | Motion for a Rule 2004 Examination of the City of Oakland | 07.03.2024 |
| 509 | Defendant City of Oakland's Preliminary Opposition to Motion By Debtor And Plaintiff Insight Terminal Solutions for Rule 2004 Examination Of Defendant City Of Oakland | 07.03.2024 |
| 523 | Memorandum-Opinion Granting DN 508 Motion for a Rule 2004 Examination of the City of Oakland | 08.26.2024 |
| 525 | Defendant City of Oakland's Motion For Reconsideration and Relief From Order Granting Rule 2004 Motion for Examination of City Of Oakland, or in the Alternative, to Stay that Order | 08.29.2024 |
| 528 | Debtor's Objection to Defendant City of Oakland's Motion for Reconsideration and Relief from Order Granting Rule 2004 Motion for Examination Oof City Of Oakland, or in the Alternative, to Stay that Order | 09.09.2024 |
| 529 | Exhibit A to Debtor's Objection | 09.09.2024 |
| 532 | Defendant City of Oakland's Reply in Support of Motion for Reconsideration and Relief from Rule 2004 Order | 09.10.2024 |

Dated: January 9, 2025

Respectfully submitted,

/s/ *April A. Wimberg*

April A. Wimberg
Ryne E. Tipton
DENTONS BINGHAM GREENBAUM LLP
3500 PNC Tower, 101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3719
Email: april.wimberg@dentons.com
ryne.tipton@dentons.com

Ryan Richardson, City Attorney (SBN 223548) (*Pro Hac Vice* motion forthcoming)
Maria S. Bee, Chief Asst City Attorney (SBN 167716)
Kevin McLaughlin, Supervising Deputy City Attorney (SBN 251477)
THE CITY OF OAKLAND
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone:       (510) 238-3601
Email: rrichardson@oaklandcityattorney.org
mbee@oaklandcityattorney.org
kmclaughlin@oaklandcityattorney.org

Monique D. Jewett-Brewster (SBN 217792)
LATHROP GPM LLP
The Letitia Building
70 S First Street
San Jose, CA 95113-2406
Telephone: (408) 286-9800
Email: mjb@lathropgpm.com

Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Email: dleonard@altshulerberzon.com

*Attorneys for Defendant,*
*City of Oakland*

5

## CERTIFICATE OF SERVICE

I, certify that I filed the foregoing document on the Court's CM/ECF electronic filing system, which caused the documents to be served on all parties in this case receiving notice and service through the Court's CM/ECF electronic filing system.

/s/ April A. Wimberg
April A. Wimberg

Case 3:25-cv-00023-BJB-RSE   Document 1-5   Filed 01/13/25   Page 6 of 6 PageID #:
Case 24-03007-jal   Doc 73   Filed 01/09/25   Entered 01/09/25 08:40:30   Page 6 of 6