# U.S. Bankruptcy Court
## Western District of Kentucky (Louisville)
## Adversary Proceeding #: 24−03007−jal

*Assigned to:* Joan A. Lloyd
*Lead BK Case:* 19−32231
*Lead BK Title:* Insight Terminal Solutions, LLC. and Reorganized Debtor − Insight Terminal Solutions, L
*Lead BK Chapter:* 11
*Demand:*
   *Nature[s] of Suit:* 14 Recovery of money/property − other

*Date Filed:* 03/11/24

### *Plaintiff*
―――――――――――――――――――――
**Insight Terminal Solutions, LLC.**
6100 Dutchmans Lane
9th Floor
Louisville, KY 40205−3284
Tax ID / EIN: 83−1550752

represented by **Robert M. Hirsh**
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019−6022
212−318−3000
Fax : 212−318−3400
Email: robert.hirsh@nortonrosefulbright.com

**Barry W. Lee**
Manatt, Phelps & Phillips
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
415−291−7450
Fax : 415−291−7474
Email: bwlee@manatt.com

**Andrew David Stosberg**
Gary Ice Higdon, PLLC
3939 Shelbyville Road
Suite 201
Louisville, KY 40207
502−625−2734
Fax : 502−561−0442
Email: astosberg@grayice.com

V.

### *Defendant*
―――――――――――――――――――――
**City of Oakland**
1 Frank Ogawa Plaza
Oakland, CA 94612

represented by **Jamilah A Jefferson**
Oakland City Attorney's Office
1 Frank Ogawa Plaza
Ste 6th Floor
Oakland, CA 94612
510−238−7686
Email: jjefferson@oaklandcityattorney.org
*SELF− TERMINATED: 01/02/2025*

**Monique D. Jewett−Brewster**
Lathrop GPM LLP
The Letitia Building
70 S. First St.

1

San Jose, CA 95113
408−286−9800
Fax : 408−998−4790
Email: mjb@lathropgpm.com

**Danielle Leonard**
Altshuler Berzon LLP
177 Post St.
Ste. 300
San Francisco, CA 94108
415−421−7151
Fax : 415−362−8064
Email: dleonard@altshulerberzon.com

**Kevin Peter McLaughlin**
Oakland City Attorney
One Frank H. Ogawa Plaza
Ste 6th Floor
Oakland, CA 94612
510−238−2961
Fax : 510−238−6500
Email: kmclaughlin@oaklandcityattorney.org

**Ryne Erik Tipton**
Dentons Bingham Greenebaum LLP
101 South Fifth Street, Suite 3500
Louisville, KY 40202
502−589−4200
Email: ryne.tipton@dentons.com

**April A. Wimberg**
Dentons Bingham Greenebaum LLP
101 S. 5th Street, 34th Fl
Louisville, KY 40202
502−587−3719
Email: april.wimberg@dentons.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/11/2024 | 1 | Adversary case 24−03007. (Attachments: # 1 Exhibit Judgment # 2 Exhibit Statement of Decision) (14 (Recovery of money/property − other)) Complaint *For Damages* by Andrew David Stosberg on behalf of Insight Terminal Solutions, LLC. against City of Oakland. Fee Amount $350(Stosberg, Andrew) (Entered: 03/11/2024) |
| 03/11/2024 | | Receipt of filing fee for Complaint( 24−03007−jal) [cmp,cmp] ( 350.00). Receipt number A10891566 (re:Doc#1) (U.S. Treasury) (Entered: 03/11/2024) |
| 03/11/2024 | 2 | Summons and Scheduling Order Issued to Plaintiff for Service on City of Oakland Answer Due 4/10/2024.. Pre−Trial Conference scheduled on 5/9/2024 at 10:00 AM EASTERN TIME at Telephonic Hearing. (MSP) (Entered: 03/11/2024) |
| 03/12/2024 | 3 | Summons Service Executed on City of Oakland on 3/11/24. (Stosberg, Andrew) (Entered: 03/12/2024) |
| 03/14/2024 | 4 | Motion for Attorney Barry W. Lee to Appear pro hac vice. District Court Receipt number 3000007237. Filed by Plaintiff Insight Terminal Solutions, LLC. (Attachments: # 1 Exhibit A − Affidavit of Barry W. Lee |

Case 3:25-cv-00023-BJB-RSE   Document 1-6   Filed 01/13/25   Page 3 of 13 PageID #:
Case 24-03007-jal   Doc 75   Filed 01/13/25   Entered 01/13/25 08:10:45   Page 3 of 39
120

| | | | |
|---|---|---|---|
| | | | # 2 Exhibit B − CA Certificate of Good Standing # 3 Exhibit C − Pro Hac Vice Filing Fee Receipt # 4 Proposed Order) (Stosberg, Andrew) (Entered: 03/14/2024) |
| 03/14/2024 | | 5 | Motion for Attorney Skyler M. Sanders to Appear pro hac vice. District Court Receipt number 3000007238. Filed by Plaintiff Insight Terminal Solutions, LLC. (Attachments: # 1 Exhibit A − Affidavit of Skyler Sanders # 2 Exhibit B − ID Certificate of Good Standing # 3 Exhibit C − Pro Hac Filing Fees Receipt # 4 Proposed Order) (Stosberg, Andrew) (Entered: 03/14/2024) |
| 03/18/2024 | | 6 | Order Granting Motion of Barry W. Lee to Appear pro hac vice (Related Doc # 4). If motion was granted and attorney has not yet filed a notice of appearance or other pleading, including the motion related to this Order, he or she must do so in order to be added to the service list for the case. If motion was filed by another attorney such as local counsel, upon receipt of notice of this Order, local counsel should relay this information and notice of this Order to the admitted attorney Entered on 3/18/2024. (TMP) (Entered: 03/18/2024) |
| 03/18/2024 | | 7 | Order Granting Motion of Skyler Matthew Sanders to Appear pro hac vice (Related Doc # 5). If motion was granted and attorney has not yet filed a notice of appearance or other pleading, including the motion related to this Order, he or she must do so in order to be added to the service list for the case. If motion was filed by another attorney such as local counsel, upon receipt of notice of this Order, local counsel should relay this information and notice of this Order to the admitted attorney Entered on 3/18/2024. (TMP) (Entered: 03/18/2024) |
| 03/27/2024 | | 8 | Order of the Court to RESCHEDULE DUE TO COURT CONFLICT ON MAY 9, 2024 hearing on Summons and Scheduling Order Issued to Plaintiff for Service on City of Oakland Answer Due 4/10/2024.. Pre−Trial Conference scheduled on 5/9/2024 at 10:00 AM EASTERN TIME at Telephonic Hearing. (MSP)2 , so ORDERED by /s/ Judge LLOYD. Pre−Trial Conference scheduled on 6/6/2024 at 10:00 AM (EASTERN TIME) by TELEPHONE. Parties to call in at 1−888−684−8852 and use the Access Code 3203814#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. cc: parties of record (KG)<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>(Entered: 03/27/2024) |
| 03/28/2024 | | 9 | Notice of Appearance and Request for Notice by Robert M. Hirsh . Filed by on behalf of Insight Terminal Solutions, LLC. (Hirsh, Robert) (Entered: 03/28/2024) |
| 03/29/2024 | | 10 | Notice of Appearance and Request for Notice by Barry W. Lee . Filed by on behalf of Insight Terminal Solutions, LLC. (Lee, Barry) (Entered: 03/29/2024) |
| 03/29/2024 | | 11 | BNC Certificate of Mailing − Notice Request (related document(s)8 Order of the Court to RESCHEDULE DUE TO COURT CONFLICT ON MAY 9, 2024 hearing on Summons and Scheduling Order Issued to Plaintiff for Service on City of Oakland Answer Due 4/10/2024.. Pre−Trial Conference scheduled on 5/9/2024 at 10:00 AM EASTERN TIME at Telephonic Hearing. (MSP)2 , so ORDERED by /s/ Judge LLOYD. Pre−Trial Conference scheduled on 6/6/2024 at 10:00 AM (EASTERN TIME) by |

| | | | |
|---|---|---|---|
| | | | TELEPHONE. Parties to call in at 1−888−684−8852 and use the Access Code 3203814#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. cc: parties of record (KG)<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>). Notice Date 03/29/2024. (Admin.) (Entered: 03/30/2024) |
| 04/01/2024 | | 12 | Motion to Extend time to Joint Stipulation And Agreed Order Extending Deadline For Filing Response To Complaint. Filed by Defendant City of Oakland (Wimberg, April) (Entered: 04/01/2024) |
| 04/01/2024 | | 13 | Notice of Appearance and Request for Notice by Ryne Erik Tipton . Filed by on behalf of City of Oakland (Tipton, Ryne) (Entered: 04/01/2024) |
| 04/02/2024 | | 14 | Order Granting Motion to Extend time to Joint Stipulation And Agreed Order Extending Deadline For Filing Response To Complaint. (Related Doc # 12) Entered on 4/2/2024. (TMP) (Entered: 04/02/2024) |
| 04/16/2024 | | 15 | Order of the Court to 2ND RESCHEDULE DUE TO COURT CONFLICT ON JUNE 6, 2024 the Telephonic Pretrial Conference scheduled for June 6, 2024, so ORDERED by /s/ Judge LLOYD. 8, Pre−Trial Conference scheduled on 6/4/2024 at 11:00 AM EASTERN TIME by TELEPHONE. 2. Parties to call in at 1−888−684−8852 and use the Access Code 3203814#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. cc: parties of record (KG)<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>(Entered: 04/16/2024) |
| 04/18/2024 | | 16 | BNC Certificate of Mailing − Notice Request (related document(s)15 Order of the Court to 2ND RESCHEDULE DUE TO COURT CONFLICT ON JUNE 6, 2024 the Telephonic Pretrial Conference scheduled for June 6, 2024, so ORDERED by /s/ Judge LLOYD. 8, Pre−Trial Conference scheduled on 6/4/2024 at 11:00 AM EASTERN TIME by TELEPHONE. 2. Parties to call in at 1−888−684−8852 and use the Access Code 3203814#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. cc: parties of record (KG)<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>). Notice Date 04/18/2024. (Admin.) (Entered: 04/19/2024) |
| 04/25/2024 | | 17 | Motion for Attorney Danielle Leonard to Appear pro hac vice. District Court Receipt number 300007403. Filed by Defendant City of Oakland (Attachments: # 1 Exhibit A − Affidavit of Danielle Leonard # 2 Exhibit B − Leonard Certificate of Good Standing # 3 Exhibit C − Danielle Leonard Pro Hac Vice Receipt # 4 Proposed Order) (Wimberg, April) (Entered: 04/25/2024) |
| 04/26/2024 | | 18 | Motion for Attorney Maria Bee to Appear pro hac vice. District Court Receipt number 300007405. Filed by Defendant City of Oakland (Attachments: # 1 Exhibit A− Affidavit # 2 Exhibit B − Certificate of |

| | | | |
|---|---|---|---|
| | | | Standing Bee, Maria #167716 # 3 Exhibit C − Maria Bee Pro Hac Vice Receipt # 4 Proposed Order) (Wimberg, April) (Entered: 04/26/2024) |
| 04/26/2024 | | 19 | Motion for Attorney Jamilah Jefferson to Appear pro hac vice. District Court Receipt number 300007404. Filed by Defendant City of Oakland (Attachments: # 1 Exhibit A−Affidavit_Jamilah Jefferson # 2 Exhibit B − Certificate of Standing Jefferson, Jamilah #219027 # 3 Exhibit C − Jamilah Jefferson Pro Hac Vice Receipt # 4 Proposed Order) (Wimberg, April) (Entered: 04/26/2024) |
| 04/26/2024 | | 20 | Motion for Attorney Barbara J. Parker to Appear pro hac vice. District Court Receipt number 300007406. Filed by Defendant City of Oakland (Attachments: # 1 Exhibit A − Affidavit of Barbara Parker # 2 Exhibit B − Certificate of Standing Parker, Barbara #69722 # 3 Exhibit C − Barbara Parker Pro Hac Vice Receipt # 4 Proposed Order) (Wimberg, April) (Entered: 04/26/2024) |
| 04/29/2024 | | 21 | Order Granting Motion of Danielle Leonard to Appear pro hac vice (Related Doc # 17). If motion was granted and attorney has not yet filed a notice of appearance or other pleading, including the motion related to this Order, he or she must do so in order to be added to the service list for the case. If motion was filed by another attorney such as local counsel, upon receipt of notice of this Order, local counsel should relay this information and notice of this Order to the admitted attorney Entered on 4/29/2024. (TMP) (Entered: 04/29/2024) |
| 04/29/2024 | | 22 | Order Granting Motion of Maria S. Bee to Appear pro hac vice (Related Doc # 18). If motion was granted and attorney has not yet filed a notice of appearance or other pleading, including the motion related to this Order, he or she must do so in order to be added to the service list for the case. If motion was filed by another attorney such as local counsel, upon receipt of notice of this Order, local counsel should relay this information and notice of this Order to the admitted attorney Entered on 4/29/2024. (TMP) (Entered: 04/29/2024) |
| 04/29/2024 | | 23 | Order Granting Motion of Jamilah Jefferson to Appear pro hac vice (Related Doc # 19). If motion was granted and attorney has not yet filed a notice of appearance or other pleading, including the motion related to this Order, he or she must do so in order to be added to the service list for the case. If motion was filed by another attorney such as local counsel, upon receipt of notice of this Order, local counsel should relay this information and notice of this Order to the admitted attorney Entered on 4/29/2024. (TMP) (Entered: 04/29/2024) |
| 04/29/2024 | | 24 | Order Granting Motion of Barbara J. Parker to Appear pro hac vice (Related Doc # 20). If motion was granted and attorney has not yet filed a notice of appearance or other pleading, including the motion related to this Order, he or she must do so in order to be added to the service list for the case. If motion was filed by another attorney such as local counsel, upon receipt of notice of this Order, local counsel should relay this information and notice of this Order to the admitted attorney Entered on 4/29/2024. (TMP) (Entered: 04/29/2024) |
| 05/01/2024 | | 25 | Motion to Dismiss Adversary Proceeding . Filed by Defendant City of Oakland (Attachments: # 1 Exhibit 1 − Memorandum of Law in Support of MTD # 2 Proposed Order) (Wimberg, April) (Entered: 05/01/2024) |
| 05/01/2024 | | 26 | Notice of Appearance and Request for Notice by Danielle Leonard . Filed by on behalf of City of Oakland (Leonard, Danielle) (Entered: 05/01/2024) |

| | | | |
|---|---|---|---|
| 05/03/2024 | | 27 | Order of the Court to RESCHEDULE the Telephonic Pretrial Conference set for June 4, 2024 to a LIVE hearing 15 , so ORDERED by /s/ Judge LLOYD. LIVE Pre−Trial Conference scheduled on 7/11/2024 at 11:00 AM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). NO VIDEO CONFERENCING OR TELEPHONIC APPEARANCE IS AVAILABLE FOR THIS HEARING. cc: parties of record (KG)<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>(Entered: 05/03/2024) |
| 05/03/2024 | | 28 | Order of the Court to SET hearing on Motion to Dismiss Adversary Proceeding . Filed by Defendant City of Oakland )25 , so ORDERED by /s/ Judge LLOYD. Hearing scheduled for 7/11/2024 at 11:00 AM at **Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME)**. NO VIDEO CONFERENCING OR TELEPHONIC APPEARANCE IS AVAILBLE FOR THIS HEARING. cc: parties of record (KG)<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>(Entered: 05/03/2024) |
| 05/05/2024 | | 29 | BNC Certificate of Mailing − Notice Request (related document(s)27 Order of the Court to RESCHEDULE the Telephonic Pretrial Conference set for June 4, 2024 to a LIVE hearing 15 , so ORDERED by /s/ Judge LLOYD. LIVE Pre−Trial Conference scheduled on 7/11/2024 at 11:00 AM at Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME). NO VIDEO CONFERENCING OR TELEPHONIC APPEARANCE IS AVAILABLE FOR THIS HEARING. cc: parties of record (KG)<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>). Notice Date 05/05/2024. (Admin.) (Entered: 05/06/2024) |
| 05/05/2024 | | 30 | BNC Certificate of Mailing − Notice Request (related document(s)28 Order of the Court to SET hearing on Motion to Dismiss Adversary Proceeding . Filed by Defendant City of Oakland )25 , so ORDERED by /s/ Judge LLOYD. Hearing scheduled for 7/11/2024 at 11:00 AM at **Courtroom #1, 5th Fl(7th St. Elevators), 601 West Broadway, Louisville, KY 40202(EASTERN TIME)**. NO VIDEO CONFERENCING OR TELEPHONIC APPEARANCE IS AVAILBLE FOR THIS HEARING. cc: parties of record (KG)<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>). Notice Date 05/05/2024. (Admin.) (Entered: 05/06/2024) |
| 05/09/2024 | | 31 | Notice of Appearance and Request for Notice by Jamilah A Jefferson . Filed by on behalf of City of Oakland (Jefferson, Jamilah) (Entered: 05/09/2024) |
| 05/23/2024 | | 32 | Motion to Extend time to Respond or to Schedule a Response Deadline to the Motion to Dismiss. Filed by Plaintiff Insight Terminal Solutions, LLC. |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | (Attachments: # 1 Proposed Order) (Stosberg, Andrew) (Entered: 05/23/2024) |
| 05/24/2024 | | | Notice of Deficiency regarding Motion to Enter Scheduling Order. Deficiency − no action will be taken on the motion as filed as the proposed order is insufficient and does not list response and reply deadlines requested by parties. Although counsel indicates that entering a separate scheduling order on a motion to dismiss an AP is "common practice," please be advised that it is not the practice of this Court commonly. In this Court, a motion to dismiss filed in lieu of an answer is set for a preliminary review at the pre−trial conference, as an answer would be. If the Court at that time wishes to set a response timeline for later submission or for other action, an order from the PTC will be entered or the parties will be directed to submit one. Finally, the practice of Judge Lloyd's cases is not to set any right of reply, even in summary judgment motions, unless a specific motion requesting such is filed − generally only a response deadline is set initially. If counsel wishes to set briefing deadlines regarding the motion, the Court will review the motion but the proposed motion and order must include requested deadlines and timelines − as we require for any "scheduling order" submitted by parties outside this Court's normal processes. No further action will be taken by the Court unless pleading is refiled. (related document(s)32 Motion to Extend time to Respond or to Schedule a Response Deadline to the Motion to Dismiss filed by Plaintiff Insight Terminal Solutions, LLC.). (MSP) (Entered: 05/24/2024) |
| 05/24/2024 | | 33 | Objection to Motion to Extend time to Respond or to Schedule a Response Deadline to the Motion to Dismiss filed by Plaintiff Insight Terminal Solutions, LLC.32. Filed by Defendant City of Oakland (Attachments: # 1 Exhibit A − Correspondence) (Wimberg, April) (Entered: 05/24/2024) |
| 05/24/2024 | | | Entry − please be advised that **at this time,** no action will or can be taken on the related document as the Clerk has already entered a notice on the motion indicating that the Plaintiff's failure to submit a motion and proposed order that list requested and/or agreed to timelines does not meet this Court's requirements for proposed scheduling orders, motions to extend time or motions to set time periods outside the Court's normal processes for preliminary hearings and related timelines. If the motion is refiled, however, or if any party, by counsel, files any motion regarding the motion to dismiss for the Court's review prior to the preliminary and initial hearing currently schedules on 7/11/24, the Court shall schedule a hearing on the motion as the record indicates the matter, including preliminary issues related thereo, is contested, provided that the motion or other pleading meets applicable filing requirements (related document(s)33 Objection to Motion to Extend time to Respond or to Schedule a Response Deadline to the Motion to Dismiss filed by Plaintiff Insight Terminal Solutions, LLC.32. Filed by Defendant City of Oakland ). (MSP) (Entered: 05/24/2024) |
| 05/24/2024 | | 34 | Notice of Appearance and Request for Notice by Monique D. Jewett−Brewster . Filed by on behalf of City of Oakland (Jewett−Brewster, Monique) (Entered: 05/24/2024) |
| 05/30/2024 | | 35 | Motion Plaintiff's Amended Motion for Scheduling Order or Related Alternative Relief. Filed by Plaintiff Insight Terminal Solutions, LLC.. (Attachments: # 1 Exhibit Exhibit A to Amended Motion for Scheduling Order or Related Alternative Relief # 2 Proposed Order Proposed Order Allowing for Post Hearing Briefing Schedule # 3 Proposed Order Proposed Order Setting July 3 Response Deadline) (Stosberg, Andrew) (Entered: 05/30/2024) |

| | | | |
|---|---|---|---|
| 05/30/2024 | | 36 | Motion to Expedite Hearing *on Amended Motion for Scheduling Order* (related document(s)35 Motion Plaintiff's Amended Motion for Scheduling Order or Related Alternative Relief filed by Plaintiff Insight Terminal Solutions, LLC.) Filed by Plaintiff Insight Terminal Solutions, LLC.. (Attachments: # 1 Proposed Order Granting Motion for Expedited Hearing on Motion for Scheduling Order) (Stosberg, Andrew) (Entered: 05/30/2024) |
| 05/31/2024 | | 37 | Objection to Motion Plaintiff's Amended Motion for Scheduling Order or Related Alternative Relief filed by Plaintiff Insight Terminal Solutions, LLC.35. Filed by Defendant City of Oakland (Attachments: # 1 Exhibit A) (Wimberg, April) (Entered: 05/31/2024) |
| 05/31/2024 | | 38 | Order Granting Motion Expedite Hearing on Motion Plaintiff's Amended Motion for Scheduling Order or Related Alternative Relief. Filed by Plaintiff Insight Terminal Solutions, LLC (Related Doc # 36) Telephonic Expedited Hearing scheduled for 6/4/2024 at 11:00 AM (Eastern time). Counsel should call in at 1−888−684−8852 and use the Access Code 3203814#. Counsel should use the prompt to bypass the security code. Counsel is directed to put their call on mute until their case is called. COUNSEL FOR THE MOVANT SHALL PROVIDE NOTICE OF THIS HEARING TO ALL INTERESTED PARTIES AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT INDICATING THAT SERVICE HAS BEEN COMPLETED. Entered on 5/31/2024. (KG) (Entered: 05/31/2024) |
| 05/31/2024 | | 39 | Certificate of Service (related document(s)38 Order on Motion to Expedite Hearing). Filed by Insight Terminal Solutions, LLC. (Stosberg, Andrew) (Entered: 05/31/2024) |
| 06/04/2024 | | 40 | IT IS HEREBY ORDERED that the Plaintiff shall have until close of business on July 9, 2024 to file a response to Defendants Motion to Dismiss. The Court has scheduled a PRELIMINARY hearing regarding the Pretrial Conference in this adversary and the Motion to Dismiss filed by Defendant, City of Oakland for July 11, 2024 at 11:00 a.m. (Eastern time) in Courtroom #1, 5th Floor, 601 W. Broadway, Louisville, Kentucky. (related document(s)35 Motion Plaintiff's Amended Motion for Scheduling Order or Related Alternative Relief filed by Plaintiff Insight Terminal Solutions, LLC.). Entered on 6/4/2024 (TMP) (Entered: 06/04/2024) |
| 06/06/2024 | | 41 | BNC Certificate of Mailing − Notice Request (related document(s)40 IT IS HEREBY ORDERED that the Plaintiff shall have until close of business on July 9, 2024 to file a response to Defendants Motion to Dismiss. The Court has scheduled a PRELIMINARY hearing regarding the Pretrial Conference in this adversary and the Motion to Dismiss filed by Defendant, City of Oakland for July 11, 2024 at 11:00 a.m. (Eastern time) in Courtroom #1, 5th Floor, 601 W. Broadway, Louisville, Kentucky. (related document(s)35 Motion Plaintiff's Amended Motion for Scheduling Order or Related Alternative Relief filed by Plaintiff Insight Terminal Solutions, LLC.). Entered on 6/4/2024 (TMP)). Notice Date 06/06/2024. (Admin.) (Entered: 06/07/2024) |
| 07/09/2024 | | 42 | Objection to Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland25. Filed by Plaintiff Insight Terminal Solutions, LLC. (Stosberg, Andrew) (Entered: 07/09/2024) |
| 07/11/2024 | | 43 | IT IS HEREBY ORDERED that a reply is due by August 9, 2024 and a surreply is dueby August 16, 2024. Upon submission of all replies, then the matter will be submitted for decision. (related document(s)25 Motion |

8

| | | | |
|---|---|---|---|
| | | | to Dismiss Adversary Proceeding filed by Defendant City of Oakland). Document due by 8/9/2024. Document due by 8/16/2024. Entered on 7/11/2024 (TMP) (Entered: 07/11/2024) |
| 07/12/2024 | | 44 | Transcript regarding Hearing Held 7/11/2024. Requested by DENTONS BINGHAM GREENEBAUM, LLP. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. THE TRANSCRIPT RELEASE DATE IS 10/10/2024. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber, A&S Transcript Service. Notice of Intent to Request Redaction Deadline Due By 7/22/2024. Redaction Request Due By 08/2/2024. Redacted Transcript Submission Due By 08/12/2024. Transcript access will be restricted through 10/10/2024. (Price, Kathleen) (Entered: 07/12/2024) |
| 07/13/2024 | | 45 | BNC Certificate of Mailing − Notice Request (related document(s)43 IT IS HEREBY ORDERED that a reply is due by August 9, 2024 and a surreply is dueby August 16, 2024. Upon submission of all replies, then the matter will be submitted for decision. (related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland). Document due by 8/9/2024. Document due by 8/16/2024. Entered on 7/11/2024 (TMP)). Notice Date 07/13/2024. (Admin.) (Entered: 07/14/2024) |
| 07/16/2024 | | 46 | Transcript regarding Hearing Held 7/11/24. Requested by Gray Ice Higdon, PLLC. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. THE TRANSCRIPT RELEASE DATE IS 10/15/2024. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber, Access Transcripts, LLC. Notice of Intent to Request Redaction Deadline Due By 7/25/2024. Redaction Request Due By 08/6/2024. Redacted Transcript Submission Due By 08/16/2024. Transcript access will be restricted through 10/15/2024. (Watson, Ilene) (Entered: 07/16/2024) |
| 08/09/2024 | | 47 | Reply to Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland25, Objection to Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland25. Filed by Plaintiff Insight Terminal Solutions, LLC. filed by Plaintiff Insight Terminal Solutions, LLC.42. Filed by Defendant City of Oakland (Attachments: # 1 Exhibit A − Order) (Wimberg, April) (Entered: 08/09/2024) |
| 08/16/2024 | | 48 | Reply to Reply to Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland25, Objection to Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland25. Filed by Plaintiff Insight Terminal Solutions, LLC. filed by Plaintiff Insight Terminal Solutions, LLC.42. Filed by Defendant City of Oakland (Attachments: # 1 Exhibit A − Order) filed by Defendant City of Oakland47. Filed by Plaintiff Insight Terminal Solutions, LLC. (Attachments: # 1 Exhibit A − July 11, 2024 Hearing Transcript) (Stosberg, Andrew) (Entered: 08/16/2024) |
| 08/19/2024 | | | Matter Submitted Re: (related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland). Matter Under Advisement. (TMP) (Entered: 08/19/2024) |
| 09/17/2024 | | 49 | Order to Allow Oral Arguments re 25 Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland. The entry submitting this |

| | | | |
|---|---|---|---|
| | | | matter for decision is vacated and the advisement deadline has been terminated. Related matters in the main case will be stayed pending decision and further disposition of this matter. (Entered: 09/17/2024) |
| 09/18/2024 | | 50 | Notice of TELEPHONIC Hearing regarding Motion to Dismiss Adversary Proceeding . Filed by Defendant City of Oakland 25 and the responses/replies/ surreplies filed thereto. Hearing scheduled for 10/16/2024 at 12:00 PM (Noon) Eastern time by TELEPHONE. . Parties to call in at 1−888−684−8852 and use the Access Code 3203814#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. cc: parties of record (KG) (Entered: 09/18/2024) |
| 09/20/2024 | | 51 | BNC Certificate of Mailing − Hearing (related document(s)50 Notice of TELEPHONIC Hearing regarding Motion to Dismiss Adversary Proceeding . Filed by Defendant City of Oakland 25 and the responses/replies/ surreplies filed thereto. Hearing scheduled for 10/16/2024 at 12:00 PM (Noon) Eastern time by TELEPHONE. . Parties to call in at 1−888−684−8852 and use the Access Code 3203814#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. cc: parties of record (KG)). Notice Date 09/20/2024. (Admin.) (Entered: 09/21/2024) |
| 10/16/2024 | | 52 | Order to submit updated proposed resulting orders which include points and authorities in the proposed order(s). Upon the filing of the proposed orders by both parties the matter will be reviewed by the Court. (related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland). Document due by 11/6/2024. Entered on 10/16/2024 (TMP) (Entered: 10/16/2024) |
| 10/18/2024 | | 53 | BNC Certificate of Mailing − Notice Request (related document(s)52 Order to submit updated proposed resulting orders which include points and authorities in the proposed order(s). Upon the filing of the proposed orders by both parties the matter will be reviewed by the Court. (related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland). Document due by 11/6/2024. Entered on 10/16/2024 (TMP)). Notice Date 10/18/2024. (Admin.) (Entered: 10/19/2024) |
| 11/06/2024 | | 54 | Proposed Order RE: *Memorandum Opinion Granting Motion To Dismiss Adversary Proceeding For Lack Of Subject Matter Jurisdiction And Failure To State A Claim* (related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland). Filed by City of Oakland (Wimberg, April) (Entered: 11/06/2024) |
| 11/06/2024 | | 55 | Proposed Order RE: *Debtor's Proposed Memorandum−Opinion Denying Motion to Dismiss* (related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland). Filed by Insight Terminal Solutions, LLC. (Stosberg, Andrew) (Entered: 11/06/2024) |
| 11/21/2024 | | 56 | Memorandum and Order DENYING Motion to Dismiss Adversary Proceeding. (related document(s)25 Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland). Entered on 11/21/2024 (TMP) (Entered: 11/21/2024) |
| 11/27/2024 | | 57 | Motion for Withdrawal of Reference *And Transfer Venue*. Fee Amount $199. Parties shall have 21 days in which to respond to the motion; if a response is filed, movant shall have 14 days thereafter in which to file a reply. Filed by Defendant City of Oakland Miscellaneous Deadline |

Case 3:25-cv-00023-BJB-RSE   Document 1-6   Filed 01/13/25   Page 11 of 13 PageID
Case 24-03007-jal    Doc 75    Filed 01/13/25    Entered 01/13/25 08:10:45    Page 11 of 39
#: 128

| | | | |
|---|---|---|---|
| | | | 1/2/2025. (Attachments: # 1 Exhibit Declaration of Jamilah Jefferson # 2 Proposed Order) (Wimberg, April) (Entered: 11/27/2024) |
| 11/27/2024 | | | Receipt of filing fee for Motion for Withdrawal of Reference( 24−03007−jal) [motion,mwdref] ( 199.00). Receipt number A11226778 (re:Doc#57) (U.S. Treasury) (Entered: 11/27/2024) |
| 11/27/2024 | | 58 | Motion Stay Of Adversary Proceeding Pending Resolution Of Motion To Withdraw The Reference And Transfer Venue. Filed by Defendant City of Oakland (Attachments: # 1 Proposed Order) (Wimberg, April) (Entered: 11/27/2024) |
| 12/02/2024 | | 59 | Notice of TELEPHONIC Hearing regarding Motion Stay Of Adversary Proceeding Pending Resolution Of Motion To Withdraw The Reference And Transfer Venue. Filed by Defendant City of Oakland 58. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 1/28/2025 at 11:00 AM (EASTERN TIME) by TELEPHONE. Parties to call in at 1−855−244−8681 and use the Access Code 2315 920 2882#. Parties are to use the prompt to bypass the access code. Parties are directed to put their call on mute until their case is called.. cc: parties of record (KG) (Entered: 12/02/2024) |
| 12/04/2024 | | 60 | BNC Certificate of Mailing − Hearing (related document(s)59 Notice of TELEPHONIC Hearing regarding Motion Stay Of Adversary Proceeding Pending Resolution Of Motion To Withdraw The Reference And Transfer Venue. Filed by Defendant City of Oakland 58. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 1/28/2025 at 11:00 AM (EASTERN TIME) by TELEPHONE. Parties to call in at 1−855−244−8681 and use the Access Code 2315 920 2882#. Parties are to use the prompt to bypass the access code. Parties are directed to put their call on mute until their case is called.. cc: parties of record (KG)). Notice Date 12/04/2024. (Admin.) (Entered: 12/05/2024) |
| 12/06/2024 | | 61 | Objection to Motion Stay Of Adversary Proceeding Pending Resolution Of Motion To Withdraw The Reference And Transfer Venue filed by Defendant City of Oakland58. Filed by Plaintiff Insight Terminal Solutions, LLC. (Attachments: # 1 Declaration of Barry W. Lee in Support of Plaintiff's Objection to Defendant's Motion to Stay Adversary Proceeding) (Stosberg, Andrew) (Entered: 12/06/2024) |
| 12/11/2024 | | 62 | Agreed Motion to Extend time to file Response And Reply Deadlines For The Motion To Withdraw The Reference. Filed by Defendant City of Oakland (Attachments: # 1 Proposed Order) (Wimberg, April) (Entered: 12/11/2024) |
| 12/12/2024 | | 63 | Order Granting Agreed Motion to Extend Response and Reply Deadlines for Motion to Withdraw Reference (Related Doc # 62) Miscellaneous Deadline 1/9/2025. Entered on 12/12/2024. (TMP) (Entered: 12/12/2024) |
| 12/19/2024 | | 64 | Answer to Complaint . Filed by Defendant City of Oakland (Wimberg, April) (Entered: 12/19/2024) |
| 12/23/2024 | | 65 | Objection to Motion for Withdrawal of Reference *And Transfer Venue*. Fee Amount $199. Parties shall have 21 days in which to respond to the motion; if a response is filed, movant shall have 14 days thereafter in |

11

Case 3:25-cv-00023-BJB-RSE   Document 1-6   Filed 01/13/25   Page 12 of 13 PageID
Case 24-03007-jal   Doc 75   Filed 01/13/25   Entered 01/13/25 08:10:45   Page 12 of
#: 2129
39

| | | | |
|---|---|---|---|
| | | | which to file a reply filed by Defendant City of Oakland<u>57</u>. Filed by Plaintiff Insight Terminal Solutions, LLC. (Stosberg, Andrew) (Entered: 12/23/2024) |
| 12/30/2024 | | <u>66</u> | Motion for Attorney Kevin McLaughlin to Appear pro hac vice. District Court Receipt number 300010547. Filed by Defendant City of Oakland (Jewett−Brewster, Monique) (Entered: 12/30/2024) |
| 01/02/2025 | | <u>67</u> | Notice of Deficiency regarding failure to provide a proposed order in compliance with Local Rules. Order must comply with Local Rule 9004−1, must be filed using the event **Proposed Order** located under the Miscellaneous category, and should be properly linked to the related motion. Motion may be denied upon failure to comply with this notice (related document(s)<u>66</u> Motion for Attorney Kevin McLaughlin to Appear pro hac vice. District Court Receipt number 300010547 filed by Defendant City of Oakland). Compliance due by 1/13/2025. (TMP) (Entered: 01/02/2025) |
| 01/02/2025 | | <u>68</u> | Proposed Order RE: (related document(s)<u>66</u> Motion for Attorney Kevin McLaughlin to Appear pro hac vice. District Court Receipt number 300010547 filed by Defendant City of Oakland). Filed by City of Oakland (Jewett−Brewster, Monique) (Entered: 01/02/2025) |
| 01/02/2025 | | <u>69</u> | Notice to Withdraw as Attorney. Filed by City of Oakland (Jefferson, Jamilah) (Entered: 01/02/2025) |
| 01/02/2025 | | <u>70</u> | Document: Notice of Change of Email Addresses and Firm Name. Filed by City of Oakland (Jewett−Brewster, Monique) (Entered: 01/02/2025) |
| 01/03/2025 | | | Entry to Attorney − please be advised that all changes to attorney information including email address and firm name must be changed in PACER. The Court cannot apply changes to individual cases. PACER changes roll into ECF and will apply changes to all cases in ECF.(related document(s)<u>70</u> Document: Notice of Change of Email Addresses and Firm Name. Filed by City of Oakland filed by Defendant City of Oakland). (TMP) (Entered: 01/03/2025) |
| 01/03/2025 | | <u>71</u> | Order Granting Motion of Kevin McLaughlin to Appear pro hac vice (Related Doc # <u>66</u>). If motion was granted and attorney has not yet filed a notice of appearance or other pleading, including the motion related to this Order, he or she must do so in order to be added to the service list for the case. If motion was filed by another attorney such as local counsel, upon receipt of notice of this Order, local counsel should relay this information and notice of this Order to the admitted attorney Entered on 1/3/2025. (TMP) (Entered: 01/03/2025) |
| 01/09/2025 | | <u>72</u> | Reply to Motion for Withdrawal of Reference *And Transfer Venue*. Fee Amount $199. Parties shall have 21 days in which to respond to the motion; if a response is filed, movant shall have 14 days thereafter in which to file a reply filed by Defendant City of Oakland<u>57</u>, Objection to Motion for Withdrawal of Reference *And Transfer Venue*. Fee Amount $199. Parties shall have 21 days in which to respond to the motion; if a response is filed, movant shall have 14 days thereafter in which to file a reply filed by Defendant City of Oakland<u>57</u>. Filed by Plaintiff Insight Terminal Solutions, LLC. filed by Plaintiff Insight Terminal Solutions, LLC.<u>65</u>. Filed by Defendant City of Oakland (Wimberg, April) (Entered: 01/09/2025) |
| 01/09/2025 | | <u>73</u> | |

| | | | |
|---|---|---|---|
| | | | Designation of Contents For Inclusion in Record On Appeal *To Be Transmitted With Respect To Motion To Withdraw The Reference* (related document(s)57 Motion for Withdrawal of Reference *And Transfer Venue*. Fee Amount $199. Parties shall have 21 days in which to respond to the motion; if a response is filed, movant shall have 14 days thereafter in which to file a reply filed by Defendant City of Oakland). Filed by Defendant City of Oakland (Wimberg, April) Modified on 1/10/2025 (MSP). (Entered: 01/09/2025) |
| 01/10/2025 | | | Notice to Filer − the related document was filed incorrectly by the attorney; however, as this is not a required document in the process for the related motion, this Court will not require refiling. The event has been modified and the Court will transmit on 1/13. The original deadline set was a day this Court was closed and cannot be a final date pursuant to Federal Rules (related document(s)73 Designation of Contents For Inclusion in Record On Appeal *To Be Transmitted With Respect To Motion To Withdraw The Reference* (related document(s)57 Motion for Withdrawal of Reference *And Transfer Venue*. Fee Amount $199. Parties shall have 21 days in which to respond to the motion; if a response is filed, movant shall have 14 days thereafter in which to file a reply filed by Defendant City of Oakland). Filed by Defendant City of Oakland (Wimberg, April) Modified on 1/10/2025 (MSP). ). (MSP) (Entered: 01/10/2025) |
| 01/10/2025 | | 74 | Notice of Appearance and Request for Notice by Kevin Peter McLaughlin . Filed by on behalf of City of Oakland (McLaughlin, Kevin) (Entered: 01/10/2025) |